THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* LAWRENCE FALLON, *Respondent, v.* THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF NEW YORK, *Appellants.* — Order reversed, with costs. Opinion by DAVIS, P. J.

GEORGE F. NORTON, *Plaintiff, v.* TERENCE J. DUFFY, *Defendant.* — Judgment ordered by defendant. Opinion by BRADY, J.

ALDEN B. STOCKWELL, *Appellant, v.* JOSEPH RICHARDSON, *Respondent.* — Judgment affirmed. Opinion by DANIELS, J.

JOHN COLLINS, *Appellant, v.* SARAH J. COLLINS, *Respondent.* — Motion denied, with ten dollars costs. Opinion by DANIELS, J.

ANN LOUISA GARDNER and WILLIAM H. WEBB, *Administrators, etc., Appellants, v.* CORNELIA E. STEVENS and others, *Respondents.* — Decree affirmed. Opinion by BRADY, J.

SAMUEL F. PRENTISS, *as Receiver, etc., Appellant, v.* WILLIAM J. NICHOLS, *Respondent.* — Judgment affirmed, with costs. Opinion by DANIELS, J.